1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   RACHELL MARKS,

CASE NO. **CV-F-05-00220 LJO**
New case number

8                    Plaintiff,

_____**ORDER TO SIGN AND RETURN**

9        vs.

**MAGISTRATE JUDGE CONSENT FORM**

10  TRANSAMERICA LIFE
    INSURANCE COMPANY,

11

12                    Defendant.

13  _____/

14          The parties' counsel indicated they consent to the conduct of all further proceedings, including

15  trial, before a United States Magistrate Judge.  At the scheduling conference, plaintiff's counsel signed

16  the Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form").

17  Accordingly, this Court ORDERS defense counsel to obtain a consent form, which is available from this

18  Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm.  This Court further ORDERS

19  counsel, no later than June 17, 2005 to sign and date the consent form and then submit the consent form

20  to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116,

21  Fresno, CA 93721-2201.

22          **The new case number shall be CV F 05-00220 LJO.  All further papers shall bear the new**

23  **case number.**

24  IT IS SO ORDERED.

25  **Dated:   May 24, 2005**                     _____**/s/ Lawrence J. O'Neill**_____
    b9ed48                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

1