IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELL MARKS,<br><br>        Plaintiff,<br><br>  vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | CASE NO. **CV-F-05-00220 AWI LJO**<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

    The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). **All further papers shall bear the new case number CV-F-05-0220 LJO**.

IT IS SO ORDERED.

**Dated:   June 9, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE