MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. CA 066585)
S. NANCY WHANG (Bar No. CA 211389)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY


DEL L. TOLEDO, ESQ. (Bar No. CA 160468)
2340 W. Whitendale Avenue, Suite A
Visalia, CA 93277
Telephone:  (559) 739-7005
Facsimile:  (559) 739-7006

Attorney for Plaintiff
RACHELL MARKS

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELL MARKS,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY (a business entity, form unknown); and DOES 1 through 100,<br><br>          Defendants | Case No.  CV-00220-LJO<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING TRANSAMERICA LIFE INSURANCE COMPANY PURSUANT TO FRCP 41(a)(1) |

TO THE HONORABLE LAWRENCE J. O'NEILL, UNITED

STATES MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by and between Plaintiff Rachell

Marks ("Plaintiff") and Defendant Transamerica Life Insurance Company

("Defendant"),

through their respective attorneys of record, that Defendant be dismissed

with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure.


Dated:     December 16, 2005          MANATT, PHELPS & PHILLIPS, LLP
                                      MARGARET LEVY
                                      S. NANCY WHANG



                                      By: _____/s/ S. Nancy Whang_____
                                               S. Nancy Whang
                                      Attorneys for Defendant
                                      TRANSAMERICA LIFE INSURANCE
                                      COMPANY
               December 16, 2005
Dated:                                DEL L. TOLEDO, ESQ.



                                      By: _____/s/ Del L. Toledo_____
                                               Del L. Toledo
                                      Attorney for Plaintiff RACHELL MARKS


     IT IS SO ORDERED.


**Dated:     December 19, 2005 _          /s/ Lawrence J. O'Neill_____**

66h44d                                UNITED STATES MAGISTRATE JUDGE